IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| RONALD KLUBEK and | ) | |
| JOANNE KLUBEK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | 4:18-cv-00261-WTM-CLR |
| | ) | |
| SMITH & NEPHEW, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER STAYING DISCOVERY

Plaintiffs Ronald Klubek and Joanne Klubek and Defendant Smith & Nephew, Inc. have filed a Joint Motion to Stay Discovery. The Court having considered the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The commencement of discovery in this matter shall be stayed for 45 days from the date of this Order to permit the parties to negotiate in good faith regarding the possibility of settlement. Discovery shall commence upon the expiration of that stay, or any extension thereof for good cause shown. Rule 26(a)(1) disclosures shall be served within 10 days of the expiration of that stay, or any extension thereof for good cause shown.

IT IS SO ORDERED, this 1st day of February 2019.

_____
HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

*Prepared and presented by:*

| | |
|---|---|
| Matthew J. Calvert* | R. Paul Hart, III |
| Georgia Bar No. 105340 | Georgia Bar No. 333694 |
| mcalvert@HuntonAK.com | paul@kmtrial.com |
| Andrew S. Koelz* | C. Dorian Britt |
| Georgia Bar No. 208399 | Georgia Bar No. 083259 |
| akoelz@HuntonAK.com | dorian@kmtrial.com |
| Daniel B. Millman | KARSMAN, MCKENZIE & HART |
| Georgia Bar No. 603728 | 21 West Park Avenue |
| dmillman@HuntonAK.com | Savannah, GA 31401 |
| HUNTON ANDREWS KURTH LLP | Telephone: (912) 335-4977 |
| Bank of America Plaza, Suite 4100 | Facsimile: (912) 388-2503 |
| 600 Peachtree Street, N.E. | |
| Atlanta, Georgia 30308-2216 | *Counsel for Plaintiffs* |
| Telephone: 404-888-4000 | *Ronald Klubek and Joanne Klubek* |
| Facsimile: 404-888-4190 | |

*Counsel for Defendant*
*Smith & Nephew, Inc.*

(*Admitted Pro Hac Vice)

2