# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **RONALD KLUBEK** and **JOANNE KLUBEK,** | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **CIVIL ACTION NO.** ) **4:18-cv-00261-WTM-CLR** ) |
| **SMITH & NEPHEW, INC.,** | ) ) |
| Defendant. | ) |

## ORDER STAYING DISCOVERY

Plaintiffs Ronald Klubek and Joanne Klubek and Defendant Smith & Nephew, Inc. have filed a Renewed Joint Motion to Stay Discovery. The Court having considered the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The commencement of discovery in this matter shall be stayed until April 19, 2019 to permit the parties to finalize their settlement of this matter and file a motion to dismiss with the Court. Rule 26(a)(1) disclosures shall be served within 10 days of said date, unless extended for good cause shown.

IT IS SO ORDERED, this 20th day of March, 2019.

_____
HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA