IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RONALD KLUBEK and JOANNE KLUBEK, <br><br> Plaintiffs, <br><br> vs. <br><br> SMITH & NEPHEW, INC., <br><br> Defendant. | ) ) ) ) ) ) CIVIL ACTION NO. ) 4:18-cv-00261-WTM-CLR ) ) ) ) |

## ORDER STAYING DISCOVERY

Plaintiffs Ronald Klubek and Joanne Klubek and Defendant Smith & Nephew, Inc. have filed a Second Renewed Joint Motion to Stay Discovery. The Court having considered the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The commencement of discovery in this matter shall be stayed through May 24, 2019 to permit the parties to finalize their settlement of this matter and file a motion to dismiss with the Court. Rule 26(a)(1) disclosures shall be served within 10 days of the expiration of the stay, or any extension thereof for good cause shown.

**IT IS SO ORDERED**, this 19th day of April 2019.

_____
HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

*Prepared and presented by:*

| | |
|---|---|
| Matthew J. Calvert* | R. Paul Hart, III |
| Georgia Bar No. 105340 | Georgia Bar No. 333694 |
| mcalvert@HuntonAK.com | paul@kmtrial.com |
| Andrew S. Koelz* | C. Dorian Britt |
| Georgia Bar No. 208399 | Georgia Bar No. 083259 |
| akoelz@HuntonAK.com | dorian@kmtrial.com |
| Daniel B. Millman | KARSMAN, MCKENZIE & HART |
| Georgia Bar No. 603728 | 21 West Park Avenue |
| dmillman@HuntonAK.com | Savannah, GA 31401 |
| HUNTON ANDREWS KURTH LLP | Telephone: (912) 335-4977 |
| Bank of America Plaza, Suite 4100 | Facsimile: (912) 388-2503 |
| 600 Peachtree Street, N.E. | |
| Atlanta, Georgia 30308-2216 | **Counsel for Plaintiffs** |
| Telephone: 404-888-4000 | ***Ronald Klubek and Joanne Klubek*** |
| Facsimile: 404-888-4190 | |

**Counsel for Defendant**
***Smith & Nephew, Inc.***

(*Admitted Pro Hac Vice)